UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:                                                                          Case No.  13-26831-RAM

Sandra Thompson,

_____Debtor_____/

### FINAL REPORT OF LOSS MITIGATION MEDIATOR

The undersigned court-appointed loss mitigation Mediator, reports to the Court as follows:

**A.**    The final Loss Mitigation Mediation ("LMM") conference was conducted on_____, 2014 and the following parties were present:

   1.   [ ]  The Debtor and the Debtor's attorney.

   2.   [ ]  The co-obligor/co-borrower/or other third party.

   3.   [ ]  The Lender's representative and Lender's counsel.

   4.   [ ]  Other:

**B.**    The final LMM conference was scheduled for April 23, 2014, but not conducted for the following reason:

   1.   [X]  The parties settled prior to attending.

   2.   [ ]  The case was dismissed.

   3.   [ ]  The Debtor or [ ] Debtor's attorney failed to attend.

   4.   [ ]  The Lender's representative or [ ] Lender's attorney failed to attend.

**C.**    The result of the LMM conference is as follows:

   1.   [X]  The parties reached an agreement.

   2.   [ ]  The parties did not reach an agreement.

Dated: May 3, 2014                                         _/s/Stacy Bressler___

                                                          Stacy Bressler

                                                          8201Peters Road, Suite 1000

                                                          Plantation, FL 33324

                                                          (954) 557-5526 telephone

                                                          email: sbressler@aol.com

Copies to:

all parties to mediation

LMM-LF-11 (04/01/13)