

**PO Box 2008 • Grand Rapids, MI 49501-2008**

THOMPSON, SANDRA
C/O ROBERT SANCHEZ 355 W 49 ST
HIALEAH, FL 33012



| | |
|---|---|
| | **Physical Address** |
| | 14523 SW Millikan Way; Suite 200; Beaverton, OR 97005 |
| | **Business Hours (Pacific Time)** |
| | Monday-Thursday 5 a.m. to 8 p.m. |
| April 14, 2014 | Friday 5 a.m. to 6 p.m. |
| | **Payments** |
| | PO Box 11790; Newark, NJ 07101-4790 |
| | **Correspondence** |
| | PO Box 2008; Grand Rapids, MI 49501-2008 |
| | **Phone** |
| *L796AA.1* | 866.570.5277 |
| THOMPSON, SANDRA | **Fax** |
| C/O ROBERT SANCHEZ 355 W 49 ST | 866.578.5277 |
| HIALEAH, FL 33012 | **Website** |
| | www.seterus.com |

RE:   Loan number:       24809620, serviced by Seterus, Inc.
      Borrower name:    THOMPSON, SANDRA

      Bankruptcy case number: 13-26831
      Property:         790 NW 179TH TER
                        MIAMI, FL  33169-4736

Our records indicate that you or your firm represents the borrower(s) listed above.

Enclosed is information related to your client's loan. This letter and enclosures shall not be construed as a waiver of the loan owner's or Seterus, Inc.'s rights under the loan documents and any applicable laws.

If you or your firm no longer represents the borrower(s), please notify us at 866.570.5277 or PO Box 2008, Grand Rapids, MI 49501-2008.

We have approved an option to help the above-referenced borrower avoid foreclosure. A copy of the agreement is enclosed.

Please work with the above named borrower(s) to file the agreement with the court, provide all required notifications thereof and, if required, obtain appropriate court approval. If the appropriate court approval is not obtained by May 31, 2014, please continue to make the modified monthly payment amount under the terms of the attached agreement while the modification is in process to be fully executed.

In addition, the initial payment will need to be remitted as specified in the agreement. If we do not receive the initial payment by May 31, 2014, the agreement and funds may not be accepted. If the agreement is not accepted, it will be considered null and void, and we will be under no obligation to renew this offer.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

Borrower name: THOMPSON, SANDRA
April 14, 2014
Loan No.: 24809620
Bankruptcy case number: 13-26831

All loan payments should be made payable to Seterus, Inc., and the loan number must be written on the payment.

If you have any questions, please contact us at 866.570.5277. For borrowers having difficulty making their payments, we have loan specialists available Monday-Thursday 5 a.m. to 9 p.m., Friday 5 a.m. to 6 p.m., and Saturday 9 a.m. to 12 p.m. (Pacific time). Saturday hours may vary.

Sincerely,

Seterus, Inc.

Enclosures

# seterus™

PO Box 2008; Grand Rapids, MI 49501-2008

April 14, 2014

L481AD.1

THOMPSON, SANDRA
C/O ROBERT SANCHEZ
355 W 49 ST
HIALEAH, FL 33012

*You may be able to make your payments more affordable!*

## Call 866.570.5277 today.

Loan number 24809620, serviced by Seterus, Inc.

Dear THOMPSON, SANDRA,

We want to continue to work with you to modify your mortgage and help make your payments more affordable.

**Fannie Mae Loan Modification**
The good news – you may be eligible for a modification offered by Fannie Mae (the owner of your loan). This modification is designed for borrowers, like you, who for some reason did not meet all of the eligibility criteria for a permanent modification under the government's Home Affordable Modification Program (HAMP), or were unable to successfully make payments under a HAMP modification or another modification.

With this modification, you will be required to make new affordable payments during a trial period. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

**What you need to do**
To accept this offer, you must make your first scheduled "trial period payment" under your Trial Period Plan (described below). To qualify for a permanent modification, you must make the following trial period payments in a timely manner as specified in the Trial Period Plan below – instead of your regularly scheduled mortgage payments:

| Trial Period Plan | | |
|---|---|---|
| **Payment Number** | **Payment Amount** | **Due Date** |
| 1st payment | $1,102.77 | 5/1/2014 |
| 2nd payment | $1,102.77 | 6/1/2014 |
| 3rd payment | $1,102.77 | 7/1/2014 |

NMLS Unique ID Number 787641

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

Page 1 of 7

Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

THOMPSON, SANDRA
April 14, 2014
Loan number: 24809620

**All payments should be sent to** Seterus, Inc., PO Box 11790, Newark, NJ 07101-4790.

The trial period payment amounts set forth above include principal, interest, and escrow amounts. After all trial period payments are made in a timely manner, your mortgage will be permanently modified. (Your existing loan and loan requirements remain in effect and unchanged during the trial period.) **If each payment is not received by Seterus, Inc. in the month in which it is due, you will no longer be eligible for a loan modification and your loan will not be modified.** If your last trial period payment is made in the last half of the month it is due, we may elect to extend your Trial Period Plan by an extra month.

If you have any questions or if you cannot afford the trial period payments shown above but want to remain in your home, or if you have decided to leave your home but still want to avoid foreclosure, please call us at **866.570.5277** as we may be able to help you. We have loan specialists available Monday-Thursday 5 a.m. to 9 p.m., Friday 5 a.m. to 6 p.m., and Saturday 9 a.m. to 12 p.m. (Pacific time). Saturday hours may vary. (Also, please review the attached "Frequently Asked Questions.")

Sincerely,

Seterus, Inc.


Attachments:
(1) Frequently Asked Questions
(2) Additional Trial Period Plan Information and Legal Notices

Page 2 of 7

Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Fannie Mae Loan Modification – Frequently Asked Questions**
**Get the answers you need to some of the most common questions**

Q.   **What is a Fannie Mae Loan Modification?**
If you successfully complete the trial period, a Fannie Mae Loan Modification offers you the ability to *permanently* modify your loan—helping to make your mortgage more affordable for the life of the loan. This modification was created as an additional option for certain borrowers who do not qualify for a modification under the Home Affordable Modification Program (HAMP) or were unable to successfully make payments under a HAMP modification or other modification. With a Fannie Mae Loan Modification, you still have an opportunity to modify your loan provided you successfully complete a trial period.

Q.   **Why are you offering me this option?**
We know many homeowners are struggling with their mortgage payments and need assistance. That's why we are offering you the opportunity to qualify for a Fannie Mae Loan Modification. Our goal is to help make your mortgage more affordable, and most importantly, help you remain in your home and avoid foreclosure.

Q.   **What are the benefits of a Fannie Mae Loan Modification?**
A Fannie Mae Loan Modification offers you a permanent long-term solution to make your mortgage more affordable.

Q.   **Why was I not approved for the Home Affordable Modification Program (HAMP) …what happened?**
Please review the Notice of Non-Approval for HAMP modifications that we previously provided to you for an explanation as to why you were not approved for a HAMP modification.

Q.   **If I didn't qualify for a permanent modification under HAMP, will I qualify for a Fannie Mae Loan Modification?**
The requirements for a Fannie Mae Loan Modification have been designed specifically to assist borrowers like you who were unable to qualify for a permanent modification through HAMP or who were not able to successfully make payments on a prior modification.

Q.   **Will I receive incentive compensation like the HAMP program provides?**
No. A Fannie Mae Loan Modification does not offer incentive compensation for borrowers. The borrower incentive compensation is only available to borrowers who were eligible/qualified for a permanent modification under HAMP.

Q.   **Is there a trial period I have to complete?**
Yes. There is a trial period for the Fannie Mae Loan Modification. You will be required to complete a trial period prior to entering into a permanent Loan Modification Agreement. Your loan will not be permanently modified until you successfully complete the Trial Period Plan and you enter into a Loan Modification Agreement.

Q.   **Why is there a trial period?**
The trial period offers you immediate payment relief (and could prevent a foreclosure sale) and gives you time to make sure you can manage the lower regularly scheduled mortgage payments. Note: This is only a temporary Trial Period Plan. Your existing loan and loan requirements remain in effect and unchanged during the trial period.

Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Fannie Mae Loan Modification – Frequently Asked Questions**
Continued

**Q. When are my trial period payments due?**
Your payment amount and the day each month that your payment is due during the trial period is on page 1 of this package under the heading "Trial Period Plan."

**Q. What happens if I can't afford the trial payments?**
If you do not make the specified trial period payments in full in the month when due, you will not qualify for a permanent modification and will not be allowed to enter into a permanent Loan Modification Agreement. If you successfully complete the trial period and enter into a Loan Modification Agreement, you will no longer be eligible for the modified payment terms if you are 60 days late within the first 12 months of the permanent modification. If that occurs, we will look at other options to resolve your mortgage delinquency (a short sale, deed-in-lieu of foreclosure). If an alternative solution cannot be found, we will need to commence or continue foreclosure proceedings.

**Q. What happens if I misstate or misrepresent my information/documentation?**
If you have intentionally misrepresented any fact(s) in connection with any of the documentation you have submitted to demonstrate your status, financial information or hardship, the Trial Period Plan and any Loan Modification Agreement may be cancelled (and we may pursue foreclosure proceedings). Additionally, knowingly submitting false information may violate federal law.

**Q. What else should I know about this offer?**
- If you make your new payments in a timely manner, **we will not conduct a foreclosure sale.**
- You will not be charged any fees for this Trial Period Plan or final modification.
- If your loan is permanently modified, we will waive all unpaid late charges.
- Your credit score may be affected by accepting a Trial Period Plan or modification. The impact of a loan modification on a credit score depends on the overall composition of the consumer's credit profile as well as how the new loan modification credit obligation is reported. The credit score could remain unchanged, increase or decrease. For more information about your credit score, go to www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

**Q. How was my new payment in the trial period determined?**
Your trial period payment is based on a variety of factors including your verified income, the current value of your property, unpaid loan balance, and amounts past due. **Fannie Mae uses this information to provide the most affordable terms for you and what should be sufficient to pay your modified principal and interest due on your modified loan.**

**Q. Does my new payment include escrow to cover property taxes and insurance?**
Yes. Your trial period payments include escrow amounts to cover your property taxes, insurance premiums, and other permissible escrow fees based on our current escrow analysis. If your property taxes and insurance premiums change, your modified payments may change as permitted by law.

If you did not have an escrow account before, you will be required to establish an escrow account for the payment of such escrow amounts. The timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of $2,281.50; this can either be paid in a lump sum when the loan is modified or over the next 5 years (or 60 months). If you wish to pay the total shortage as a lump sum, please contact us at 866.570.5277.

Page 4 of 7

Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Fannie Mae Loan Modification – Frequently Asked Questions**
Continued

Q. **When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time, we will send you a Modification Agreement detailing the terms of the modified loan. The Modification Agreement will become effective once all borrowers and Seterus, Inc. have signed it. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment.

Q. **Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

Once your loan is modified, your interest rate and principal and interest payment will be fixed for the life of your mortgage. Your new regularly scheduled payment will also include an escrow for property taxes, hazard insurance, and other escrowed expenses, but your servicer will separately notify you of the escrow amount to include with your payment. If the cost of your homeowners insurance, property tax assessment, or other escrowed expenses increases, your regularly scheduled payment will increase as well.

Page 5 of 7

Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Fannie Mae Loan Modification – Important Program Information**
**Additional Trial Period Plan Information and Legal Notices**

The terms of this offer are accepted and the terms of your Trial Period Plan are effective on the day you make your first trial period payment, provided you have paid it on or before May 31, 2014. By accepting this offer, you and we agree that:

**You are certifying that all information you previously provided, e.g., regarding your status, income and expenses, and hardship, is still true and correct.**
You certified that all of the written information you previously provided to Servicer in the Hardship Affidavit signed by you in connection with the Making Home Affordable Program (HAMP), or in the Fannie Mae Hardship Affidavit signed by you as part of this modification, continues to be true and correct. This includes, among other things, information about your status and the status of the property, your income and expenses, and your hardship. You understand that Servicer is relying on your certification in offering you the Trial Period Plan and any Loan Modification Agreement. If there have been any changes in the information you provided, you must contact Servicer at 866.570.5277 to discuss whether the changes affect your Trial Period Plan or eligibility for a loan modification. You must have this discussion before you send in your first trial period payment.

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the Trial Period Plan.**
Any pending foreclosure action or proceeding may be immediately resumed if you fail to comply with the terms of the Trial Period Plan or do not qualify for a modification. No new notice of default, intent to accelerate, acceleration or similar notice will be necessary to continue the foreclosure action, and all these notices are waived to the extent permitted by applicable law.

**During the trial period, we may accept and post your trial period payments to your account and it will not affect foreclosure proceedings that have already been started.**
- You agree that we may hold the trial period payments in an account until sufficient funds are in the account to pay each of your trial period payment obligations. You also agree that we will not pay you interest on the amounts held in the account. Any amounts remaining at the end of the trial period will be applied to any outstanding amounts that you owe at the end of the trial period reducing the amount that will otherwise be added to the principal balance of your modified loan.
- Our acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan or foreclosure action and related activities, and shall not constitute a cure of your default under your loan unless the payments are sufficient to completely cure your entire default under your loan.

**If your regularly scheduled payment did not include escrows for taxes and insurance, you are now required to establish an escrow account for these items.**
You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

Page 6 of 7

Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Fannie Mae Loan Modification – Important Program Information**
Continued

**Your current loan documents remain in effect; however, you may make the trial period payments instead of the payments required under your loan documents.**
You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**The Trial Period Plan notice will be rescinded if an error is detected.**
You agree that if there is an error in the terms of the Trial Period Plan or you are deemed ineligible after issuance of the Trial Period Plan notice, the Trial Period Plan will be void and of no legal effect upon notice to you of such error. You understand that a corrected Trial Period Plan will be provided to you if it is determined that you remain eligible for a loan modification after correction of the error.

Page 7 of 7

Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**seterus**™

| | |
|---|---|
| Loan Number: | 24809620 |
| Borrower Name: | THOMPSON, SANDRA |
| Due Date: | 5/1/2014 |
| Trial Payment Due: | $1,102.77 |
| Total Amount Due: | $1,102.77 |
| Total Enclosed: | _____ |

*Return this coupon with your payment to:*

Seterus, Inc.
PO Box 11790
Newark, NJ 07101-4790

*Please write your loan number on your check and make it payable to Seterus, Inc.*

*If you have any questions, please contact us at 866.570.5277.*

---

**seterus**™

| | |
|---|---|
| Loan Number: | 24809620 |
| Borrower Name: | THOMPSON, SANDRA |
| Due Date: | 6/1/2014 |
| Trial Payment Due: | $1,102.77 |
| Total Amount Due: | $1,102.77 |
| Total Enclosed: | _____ |

*Return this coupon with your payment to:*

Seterus, Inc.
PO Box 11790
Newark, NJ 07101-4790

*Please write your loan number on your check and make it payable to Seterus, Inc.*

*If you have any questions, please contact us at 866.570.5277.*

---

**seterus**™

| | |
|---|---|
| Loan Number: | 24809620 |
| Borrower Name: | THOMPSON, SANDRA |
| Due Date: | 7/1/2014 |
| Trial Payment Due: | $1,102.77 |
| Total Amount Due: | $1,102.77 |
| Total Enclosed: | _____ |

*Return this coupon with your payment to:*

Seterus, Inc.
PO Box 11790
Newark, NJ 07101-4790

*Please write your loan number on your check and make it payable to Seterus, Inc.*

*If you have any questions, please contact us at 866.570.5277.*

# seterus™

**HOMEOWNER ASSISTANCE EVALUATION SUMMARY**

Loan number: 24809620

We are pleased to offer you a FNMA Mod. Please read the requirements for approval immediately; this offer will expire, as stated in the enclosed letter.

When you initially requested Homeowner Assistance, we asked you for detailed information about your finances, and you provided many documents to help us get a clear picture of your current situation. We used that information to evaluate you for every possible solution we have to give you a more affordable mortgage payment or to avoid foreclosure.

Both Seterus and the owner of your loan have guidelines for determining the most appropriate solution for you based upon the characteristics of your mortgage and your particular circumstances. The following table contains the list of all of the options for which you were evaluated, along with the reasons you were denied for these programs at this time.

You may reject this offer or request that we reconsider you for a different program. Please read the requirements to be approved for this program and follow the instructions immediately; this offer will expire, as stated in the enclosed letter. If the offer expires, or if you reject the offer, we cannot guarantee that it will be available again, and we are under no obligation to renew. If you would like to discuss this offer or other options that may be available to you, please call us immediately at 866.570.5277.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

| OPTION | ELIGIBILITY |
|---|---|
| Repayment | Denied. Your loan does not meet the delinquency requirements of the program. (Eligible loans must be between 30 and 90 days delinquent.) |
| Forbearance | Denied. You are not eligible for a forbearance plan at this time because you do not meet the eligibility criteria for an unemployment or general hardship plan set forth below. For an unemployment forbearance plan, you must be unemployed and meet all of the following: The property is your primary residence and is not vacant, condemned, or abandoned. You have not previously declined a forbearance plan. Your current mortgage payment exceeds the monthly mortgage to gross income ratio requirement. The plan does not result in you becoming more than 12 months past the contractual payment due date. If you are already on an unemployment forbearance plan, you did not meet one or more of the above eligibility requirements or you exceeded the maximum cash reserve requirement to qualify for an extension. For a general hardship forbearance plan, you must meet all of the following: You must be at risk of defaulting or be 90 days or less past due. Your current mortgage payment must exceed the monthly mortgage to gross income ratio requirement. We must be able to get a plan payment within the program parameters. In addition, you must meet at least one of the following: A hardship exists due to costs associated with certain drywall problems on the property securing your loan. The drywall must have been new when installed and installed between 2001 and 2008. You or a co-borrower is a U.S. service member injured on active duty, which is impacting your ability to pay your mortgage payment. You are unable to make your mortgage payment due to the death of a borrower or family member of a borrower who contributed at least 25% to the mortgage payment. You have a hardship due to a natural disaster against which you were not insured. You have an unavoidable reduction in income of at least 50%. You have an involuntary distant transfer of employment, including permanent change of station orders. You have a hardship caused by divorce or separation, and you were legally awarded the property. You have a hardship due to an illness against which you were not insured or have a pending settlement of a disability or major medical claim. You have a hardship but have substantial equity in the property, which is listed for sale. |
| Cap and Extend Modification | Denied. Your loan does not meet the delinquency requirements of the program. Eligible loans are between 60 days delinquent to 6 months delinquent. |
| Home Affordable Modification Program (HAMP®) | Denied. You are ineligible for the Home Affordable Modification Program because your current payment, including principal, interest, taxes, insurance and home owners association fees (where applicable) does not exceed 31% of your gross monthly income which is a requirement of the program |
| Mod24 Modification | Denied. Your pre-modification loan-to-value ratio is less than 80%, which is outside the program guidelines |

| Fannie Mae Modification | Congratulations! You've been offered a FNMA Mod |
|---|---|
| Short Sale | Denied. You may be eligible, but we do not have complete liquidation documents from you. We did not evaluate you for this program based on any other criteria |
| Mortgage Release™ | Denied. You may be eligible, but we do not have complete liquidation documents from you. We did not evaluate you for this program based on any other criteria |

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract), or because all or part of the applicant's income derives from any public assistance program, or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law is The Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

Our credit decision was based in whole or in part on information in a credit report from  , a consumer credit reporting agency. While the information was provided by the agency, the agency played no part in our decision and is unable to supply specific reasons for our decision. You have a right under the Fair Credit Reporting Act to obtain a copy of your credit report from the agency. The report will be free if you request it within 60 days after you receive this notice. You also have the right to dispute the accuracy or completeness of any information in your report with  . You may contact them by phone at   or by mail at  .

If you believe our decision is incorrect, you may appeal. Your appeal request must be in writing, received by us no later than 14 days from the date of this letter, and provide evidence to support why the decision was in error.

Note that by submitting an appeal, you are acknowledging that any current offer may be considered void, and that we are under no obligation to renew the offer after the appeal is received. We will review your appeal and supporting information and provide a written response within 30 days of receipt. Our determination will not be subject to further appeal.

Be aware that, if you appeal a denial of assistance and then do not make your scheduled payments or your Trial Period Plan payments (if we offered you a Trial Period Plan) while your appeal is being considered, your mortgage loan will be delinquent. In addition, unpaid interest and other unpaid amounts, such as escrows for taxes and insurance, will continue to accumulate, increasing the amount you owe on the loan. Short sale and Mortgage Release denials cannot be appealed.

The Homeowner's HOPE™ Hotline, 888.995.HOPE (4673), provides information on foreclosure prevention. We urge you to become familiar with options that may be available to you.

Eligibility for assistance is at our discretion, and not all applicants qualify. We cannot guarantee that you will receive any assistance or a particular type of assistance. This letter should not be construed as a waiver of our rights, or the loan owner's rights, to collect the amount owed on your loan, under the terms of your loan agreement and any applicable state and federal laws.