

**ORDERED in the Southern District of Florida on December 14, 2015.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Sandra Victoria Thompson                               Case No. 13-26831-RAM
                                                              Chapter 13

            Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF THE INTERNAL REVENUE SERVICE

**THIS MATTER** having come to be heard on negative notice, no parties having responded within the required time frame which expired on December 9, 2015, the Court being fully advised on the premises, IT IS;

    **ORDERED AND ADJUDGED:**

1. The objection to claim of the Internal Revenue Service (claim #8) is SUSTAINED.

2. The priority portion of the Internal Revenue Service's claim #8 shall be reduced to $4,369.53 and the remainder shall be added to the unsecured general portion for a total of $28,659.07 as unsecured general portion.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.